Case 8:22-cr-00014-DOC   Document 1   Filed 02/03/22   Page 1 of 2   Page ID #:1

**F I L E D**
CLERK, U.S. DISTRICT COURT

02/03/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DVE_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>KENNETH DYE,<br><br>　　　　Defendant. | No. 8:22-cr-00014-DOC<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1): Distribution of Child Pornography] |

The United States Attorney charges:

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

On or about March 30, 2021, in Orange County, within the Central District of California, defendant KENNETH DYE knowingly distributed an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate and foreign commerce, namely, by way of an e-mail sent from defendant DYE's Yahoo account to the Yahoo account of another person, and which image had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the image was child pornography.

//

//

The child pornography that defendant DYE distributed consisted of the image file identified as "y.jfif."

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

DANIEL H. AHN
Assistant United States Attorney
Senior Litigation Counsel